IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTAR A. WATTS,
    Plaintiff,

vs.                                        Case No.: 3:14cv270/MCR/EMT

OKALOOSA COUNTY DEPARTMENT
OF CORRECTIONS, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1).  By order of this court dated June 26, 2014, Plaintiff was given thirty (30) days in which to pay the filing fee or submit a complete motion to proceed in forma pauperis (*see* doc. 3).  Plaintiff failed to pay the filing fee or submit a motion to proceed in forma pauperis; therefore, on August 7, 2014, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 4).[1]  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to pay the filing fee, submit a motion to proceed in forma pauperis, or otherwise communicate with the court.

---

[1] The docket reflects that on August 19, 2014, the order to show cause was returned as undeliverable, with the following notations:

    Return to Sender                                  Return to Sender
    Not in Jail                                           Not Deliverable as Addressed
                                                              Unable to Forward

(doc. 5).

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised of his current address.

At Pensacola, Florida, this 23rd day of September 2014.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only**.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* **28 U.S.C. § 636;** United States v. Roberts, **858 F.2d 698, 701 (11th Cir. 1988).**